No. 64445.—Bruce Duncan and Viking Importers v. United States, protests 59/17811 and 59/17982 (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of transparent motors similar in all material respects to those the subject of Abstract 63421, the claim of the plaintiffs was sustained.